UNITED STATES of America,
Plaintiff and Appellee,

v.

Larry Vernon WOLFORD, Appellant.

No. 71-1058.

United States Court of Appeals,
Ninth Circuit.

June 7, 1971.

Daniel Kallen (argued), of Somers & Kallen, Santa Monica, Cal., for appellant.

David Fox, Asst. U. S. Atty., (argued), Tom G. Kontos, D. Henry Thayer, Asst. U. S. Attys., David R. Nissen, Chief, Crim. Div., Robert L. Meyer, U. S. Atty., for appellee.

Before CHAMBERS, ELY and WRIGHT, Circuit Judges.

PER CURIAM:

The judgment of conviction in this selective service case is affirmed.

See Lockhart v. United States, 9 Cir., 420 F.2d 1143.